# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG P. MARTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>COMPLETE CREDIT SOLUTIONS, INC. and JOHN DOES 1-25,<br><br>Defendant(s) | Civil Case No. 3:16-cv-02789-MAS-LHG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.

Dated: April 28, 2017

s/Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Attorneys for Plaintiff

s/Concepcion A. Montoya
Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th Floor
New York, New York 10022
Attorneys for Defendant

So Ordered this 2ND day
of May , 20 17

Hon. Michael Shipp, USDJ